# POLLOCK | COHEN LLP
60 BROAD STREET, 24TH FLOOR
NEW YORK, NEW YORK 10004
(212) 337-5361

*CONTACT:*
Adam Pollock
Adam@PollockCohen.com
(646) 290-7251

November 2, 2020

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.
11-4-20

**VIA ECF**

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States et al. ex rel Gurin v. NYC Health and Hospitals Corp. et al*, No. 19-cv-10742

Dear Judge Castel:

We represent Relator William Gurin in the above-captioned action brought under the *qui tam* provision of the federal False Claims Act and New York False Claims Act. We write to respectfully ask this Court to set a deadline of December 18, 2020 for Relator to serve the Defendants with the complaint. There is no upcoming conference before the Court.

By order dated September 9, 2020 (ECF no. 7), the Court ordered: "Subsequent to the unsealing of the complaint on September 9, 2020 pursuant to prior Order, ... service of the complaint upon the defendants by the relator is authorized sixty days from that date." The complaint was unsealed on September 11, 2020.

Having conferred with counsel for Defendant NYC Health and Hospitals Corporation, we learned that there is some unclarity as to whether service is ordered to be completed *within* 60 days from September 9 (or September 11), or instead must be completed during the period commencing *after* 60 days from September 9 (or September 11).

In any reading, we respectfully ask this Court set December 18, 2020 as the deadline to serve the Defendants with the complaint. We have initiated discussions with Defendants and the December deadline may help to facilitate the resolution of this action.

We have conferred with counsel for Defendant NYC Health and Hospitals Corporation and they do not oppose this request. We have not yet conferred with Defendant New York College of Podiatric Medicine. No previous adjournment or extension has been sought.

Hon. P. Kevin Castel
November 2, 2020
Page 2 of 2

    Thank you for Your Honor's consideration in this matter.

               Respectfully submitted,

               /s/ *Adam Pollock*

               Adam Pollock