# POLLOCK | COHEN LLP
60 BROAD STREET, 24TH FLOOR
NEW YORK, NEW YORK 10004
(212) 337-5361

CONTACT:
Agatha M. Cole
Agatha@PollockCohen.com
(646) 290-8261

February 8, 2021

**VIA ECF**

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*Application GRANTED*
*/s/ [signature], USDJ*
*2-9-21*

Re:   *U.S. et al. ex rel Gurin v. NYC Health & Hospitals Corp. et al*, No. 19-cv-10742

Dear Judge Castel:

We represent Relator William Gurin in the above-captioned action brought under the *qui tam* provision of the federal False Claims Act and New York False Claims Act. We write, together with Defendants, to respectfully request that this Court extend the deadline for Defendants to answer, move, or otherwise respond to the complaint to April 19, 2021.

*OK*

By stipulation dated December 16, 2020 (ECF no. 14), the Defendants agreed to accept service and that they would answer, move, or otherwise respond to the complaint by February 18, 2021. This is the first request for an extension of that time. Both Relator and Defendants consent to this request.

Thank you for Your Honor's consideration in this matter.

Respectfully submitted,

*/s/ Agatha M. Cole*
Agatha M. Cole