# POLLOCK | COHEN LLP

60 BROAD STREET, 24TH FLOOR
NEW YORK, NEW YORK 10004
(212) 337-5361

*CONTACT:*
Adam Pollock
Adam@PollockCohen.com
(646) 290-7251

April 15, 2021

**VIA ECF**

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *U.S. et al. ex rel Gurin v. NYC Health & Hospitals Corp. et al*, No. 19-cv-10742

Dear Judge Castel:

      We represent Relator William Gurin in the above-captioned *qui tam* action. Relator and Defendants have reached an agreement in principle to resolve this matter. Accordingly, we write, together with Defendants, to respectfully request that this Court extend the deadline for Defendants to answer, move, or otherwise respond to the complaint by an additional month to May 19, 2021.

      By stipulation dated December 16, 2020 (ECF no. 14), the Defendants agreed to accept service and that they would answer, move, or otherwise respond to the complaint by February 18, 2021. This is the second request for an extension of that time. The first request was made on February 8, 2021, for an extension to April 19, 2021. Both Relator and Defendants consent to this request.

      Additionally, we respectfully request that Your Honor to extend all other deadlines and appearances in the case, including those set forth in the Court's Initial Pretrial Conference Order (ECF no. 19), by 30 days.

      Thank you for Your Honor's consideration in this matter.

      Respectfully submitted,

      */s/ Adam Pollock*

      Adam Pollock