# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION
(212) 880-9558
rradick@maglaw.com

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER
JACOB W. MERMELSTEIN
BRENT M. TUNIS

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

May 18, 2021

**By ECF**
The Honorable P. Kevin Castel
United States District Judge
United States District Court for the
　Southern District of New York
500 Pearl Street
New York, NY 10007

　　　　Re:　United States *et al. ex rel.* Gurin v. New York City Health and Hospitals Corp.
　　　　　　 *et al.,* No. 19 Cv. 10742 (PKC)

Dear Judge Castel:

　　　　This Firm represents the New York College of Podiatric Medicine, which is one of the Defendants in the above-captioned matter.

　　　　As counsel for Relator William Gurin informed the Court in a letter of April 15, 2021, Relator and the Defendants have reached an agreement in principle to settle this matter. The parties have since been working to finalize the terms of the settlement agreement between them, and have been consulting with counsel for the United States and the State of New York in connection with that settlement. We are now quite close to being able to finalize and execute the settlement agreement amongst Relator and the Defendants, at which point Relator's counsel would submit a stipulation of dismissal. However, despite the best efforts of all involved, we do not believe it will be possible to finalize and execute the necessary settlement documents prior to two of the upcoming deadlines in this case—namely: (a) the May 19, 2021 date by which Defendants are to either answer or move against the complaint, and (b) the May 20, 2021 date by which, pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, the parties would otherwise be required to confer in connection with the June 10, 2021 initial pretrial conference scheduled by the Court.

　　　　In light of the foregoing, Relator and the Defendants jointly request that the time for Defendants to answer or move against the complaint be extended by fourteen days, to June 2,

Morvillo Abramowitz Grand Iason & Anello P.C.

Honorable P. Kevin Castel
May 18, 2021
Page 2

2021; that the date for the initial pretrial conference also be extended by fourteen days, to June 24, 2021; and that all other deadlines contained in the initial Order setting a pretrial conference, as modified by the Court's order of April 16, 2021, likewise be extended by an additional fourteen days.

There have been two prior requests to extend the Defendants' time to move or answer the complaint in connection with the ongoing settlement discussions; prior requests of February 8 and April 15, 2021 were granted by the Court. As to the extension of other case-related deadlines, including the date for the initial pretrial conference, this is parties' second such request; a prior request of April 15, 2021 was granted by the Court. Given what we believe will be the imminent resolution of this matter, no further extension requests are expected.

On behalf of the parties, I thank for the Court for its consideration in this matter.

Respectfully submitted,

Robert M. Radick

cc:  Joseph Willey, Esq. (attorney for Defendant New York City Health and Hospitals Corp.)
Adam Pollock, Esq. (attorney for Relator William Gurin)
Assistant U.S. Attorney Jessica Hu
Special Assistant Attorney General Gerri Gold