

*U.S. Department of Justice*

*United States Attorney
Southern District of New York*

---

*86 Chambers Street
New York, New York 10007*

June 29, 2021

**By ECF**
Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States* and the *State of New York*, ex rel. *William Gurin, v. New York City Health and Hospitals Corporation D/B/A NYC Health & Hospitals and the New York College of Podiatric Medicine*, No. 19 Civ. 10742 (PKC)

Dear Judge Castel:

      I write respectfully on behalf of the United States of America (the "Government") to advise the Court that the Government consents to the settlement agreement between the relator and the defendants, dated June 25, 2021; and further consents to the dismissal of this action with prejudice as to the relators and without prejudice as to the Government.

      I thank the Court for its consideration of this matter.

                                Respectfully,

                                AUDREY STRAUSS
                                United States Attorney

           by:    */s/ Jessica Jean Hu*
                  JESSICA JEAN HU
                  Assistant United States Attorney
                  86 Chambers Street, 3rd Floor
                  New York, NY 10007
                  Telephone:  (212) 637-2726
                  Facsimile:  (212) 637-2717

cc: *By e-mail*

Gerri Gold (Gerri.Gold@ag.ny.gov)
Special Assistant Attorney General
Medicaid Fraud Control Unit
NYS Office of the Attorney General

Adam Pollock (Adam@pollockcohen.com)
Pollock Cohen LLP
*Counsel for Relator*

Joseph V. Willey, Esq. (joseph.willey@katten.com)
Katten Muchin Rosenman LLP
*Counsel for the New York City Health and Hospitals Corporation*

Robert M. Radick (rradick@maglaw.com)
Morvillo Abramowitz Grand Iason & Anello PC
*Counsel for Defendant New York College of Podiatric Medicine*