

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF CRIMINAL JUSTICE
MEDICAID FRAUD CONTROL UNIT
CIVIL ENFORCEMENT DIVISION

June 30, 2021

**By ECF**
Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: United States and the State of New York *ex rel*. Gurin v. New York City Health and Hospitals Corporation d/b/a NYC Health & Hospitals and the New York College of Podiatric Medicine
19 Civ. 10742 (PKC)

Dear Judge Castel:

I write on behalf of the State of New York (the "State") to advise the Court that the State consents to the settlement agreement between the relator and the defendants dated June 25, 2021; and further consents to the dismissal of this action with prejudice as to the relator and without prejudice as to the State.

Thank you for the Court's consideration of this matter.

Respectfully submitted,

LETITIA JAMES
Attorney General of the
State of New York

By: */s/ Gerri Gold*
   Gerri Gold
Special Assistant Attorney General
28 Liberty St., 13th Fl.
New York, NY  10005
(212) 417-5394
Gerri.Gold@ag.ny.gov

cc: *By e-mail*
Jessica Hu (Jessica.Hu@usdoj.gov)
Assistant United States Attorney
United States Attorney's Office, SDNY

June 30, 2021
Hon. P. Kevin Castel
Page 2

Adam Pollock (Adam@pollockcohen.com)
Pollock Cohen LLP
*Counsel for Relator*

Joseph V. Willey, Esq. (joseph.willey@katten.com)
Katten Muchin Rosenman LLP
*Counsel for the New York City Health and Hospitals Corporation*

Robert M. Radick (rradick@maglaw.com)
Morvillo Abramowitz Grand Iason & Anello PC
*Counsel for Defendant New York College of Podiatric Medicine*