UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA and NEW YORK STATE, ex rel. WILLIAM GURIN, | Case No. 1:19-cv-10742-PKC |
| | **STIPULATION OF DISMISSAL** |
| Plaintiff-Relator, | |
| -against- | |
| NEW YORK CITY HEALTH and HOSPITALS CORPORATION and NEW YORK COLLEGE OF PODIATRIC MEDICINE, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

Plaintiff-Relator, William Gurin, New York City Health and Hospitals Corporation, and the New York College of Podiatric Medicine, by their undersigned counsel, hereby stipulate and agree, in accordance with Rule 41 of the Federal Rules of Civil Procedure, to dismiss the above-captioned action, without further notice or hearing. The United States of America (the "United States") and the State of New York (the "State") have submitted letters to this Court stating their consent to dismissal. *See* Dkt. Nos. 26 and 27.

The dismissal shall be and is:

1. Without prejudice to the United States and the State; and
2. With prejudice as to the claims of Plaintiff-Relator.

**IT IS HEREBY FURTHER STIPULATED AND AGREED**, that this Stipulation may be executed in counterparts, and facsimile signatures, and/or electronic signatures in the portable document format (.pdf), shall have the same force and effect as an original.

Dated: June 30, 2021

Respectfully submitted,

POLLOCK COHEN LLP
Attorneys for Plaintiff-Relator

By: _____
Adam Pollock, Esq.
POLLOCK COHEN LLP
60 Broad Street, 24th Floor
New York, NY 10004
(212) 337-5361

KATTEN MUCHIN ROSENMAN LLP
Attorneys for Defendant New York
City Health and Hospitals Corporation

By: _____
Joseph V. Willey, Esq.
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022-2585
(212) 940-8800

MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO PC
Attorneys for Defendant New York
College of Podiatric Medicine

By: _____
Robert M. Radick, Esq.
MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO PC
565 Fifth Avenue
New York, NY 10017
(212) 880-9558


SO ORDERED:

By:_____
The Honorable P. Kevin Castel
United States District Judge